**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| LECIA TAYLOR-WOMACK, | ) | 8:15CV394 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| MICHAEL PARRELLA, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Lecia Taylor-Womack filed this action on November 2, 2015. She has been granted leave to proceed in forma pauperis, and the Court has reviewed her pleading to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). In order to ensure a just and fair resolution of this matter, Taylor-Womack will be allowed to serve Defendant Michael Parrella with process. Accordingly,

IT IS ORDERED:

1. The clerk of the court is directed to send to Taylor-Womack a copy of the Complaint, a copy of this Memorandum and Order, and one summons form and one USM 285 Form for service on Michael Parrella.

2. Federal Rule of Civil Procedure 4(m) requires service of the complaint on a defendant within 120 days of filing the complaint. However, Taylor-Womack is granted, on the Court's own motion, an extension of time until 120 days from the date of this order to complete service of process.

3. If requested to do so in this matter, the United States Marshal will serve all process in this case without prepayment of fees from Taylor-Womack. In making such a request, she must complete the USM 285 form to be submitted to the clerk of the court with the completed summons form. Without these documents, the United States Marshal will not serve process. Upon receipt of the completed forms, the clerk of the court will sign the

summons form and forward them to the United States Marshal for service on the defendant, together with a copy of the Complaint.

4. The clerk of the court is directed to set the following pro se case management deadline: March 9, 2016: check for completion of service of process.

DATED this 10th day of November, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge