# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| LECIA TAYLOR-WOMACK, | ) | |
| --- | --- | --- |
| | ) | 8:15CV394 |
| Plaintiff, | ) | |
| | ) | Order |
| v. | ) | |
| | ) | |
| MICHAEL PARRELLA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on Plaintiff's Motion for Hearing ([Filing No. 10](#)). Plaintiff requests a "court date" because Defendant has not responded. Plaintiff filed a complaint on November 2, 2015 ([Filing No. 1](#)) and an amended complaint on November 3, 2015 ([Filing No. 3](#)). Plaintiff, pro se, was granted leave to proceed in forma pauperis on November 9, 2015. ([Filing No. 4](#)). The court granted Plaintiff until March 9, 2016, to complete service of process on Defendant. ([Filing No. 6](#)). Defendant was served by U.S. Marshal on February 1, 2016. ([Filing No. 9](#)). Since that date, no activity has taken place in this suit until the present motion. There are no other motions or requests pending before the court. Therefore, the court denies Plaintiff's request for a hearing, without prejudice. This does not preclude the plaintiff from filing some other motion, including a dispositive motion such as a default judgment, as appropriate. Accordingly,

**IT IS ORDERED:** Plaintiff's motion for hearing ([Filing No. 10](#)) is denied.

**DATED: March 18, 2016.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**